LEONARD PEÑA (State Bar No. 192898)
JULIE A. SOMA (State Bar No. 180170)
lpena@penalaw.com
PEÑA & SOMA, APC
402 South Marengo Ave., Suite B
Pasadena, California 91101
Telephone (626)396-4000
Facsimile (626)498-8875

Attorneys for Plaintiff
Carolyn A. Dye, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>URBAN COMMONS, LLC,<br><br>        Debtor.<br>_____<br>CAROLYN A. DYE, Chapter 7 Trustee,<br><br>        Plaintiff,<br><br>v.<br><br>POTTER ANDERSON & CORROON, LLP<br><br>        Defendant.<br>_____ | Case No. 2:21-bk-13523 ER<br><br>Chapter 7<br><br>Adv. No.<br><br>COMPLAINT FOR (1) AVOIDANCE AND RECOVERY OF FRAUDULENT TRANSFERS, (2) AVOIDANCE OF POST-PETITION TRANSFER, (3) PRESERVATION OF FRAUDULENT, PREFERENTIAL AND POST PETITION TRANSFER TRANSFERS, AND (4) DISALLOWANCE OF CLAIMS<br><br>[11 U.S.C. §§ 105, 502, 544, 547, 548, 549, 550 and 551]<br><br>Date: [TO BE SET BY SUMMONS]<br>Time:<br>Place: Courtroom 1568<br>Royal Federal Building<br>255 E. Temple Street<br>Los Angeles, CA 90012 |

**TO THE HONORABLE ERNEST M. ROBLES, UNITED STATES BANKRUPTCY
JUDGE:**

Plaintiff Carolyn A. Dye the Chapter 7 Trustee (the
"Plaintiff") for the bankruptcy estate of *Urban Commons, LLC*
avers and complains, by way of this Complaint, as follows:

**STATEMENT OF JURISDICTION, NATURE OF PROCEEDING AND VENUE**

1.  In accordance with the requirements of Local Bankruptcy
Rule 7008-1, the Trustee hereby alleges that the claims for
relief in this complaint constitute core proceedings under 28
U.S.C. § 157(b)(2)(A), (B), (F), (K), and (O) and are related to
the Debtor's bankruptcy case because the outcome of such claims
for relief could have a significant effect on the estate.
Regardless of the core or non-core nature of the claims for
relief asserted herein, the Trustee consents to the entry of
final orders and judgment by the Bankruptcy Court to the maximum
extent permitted by applicable law. Defendant Potter Anderson &
Corroon, LLP ("Defendant") is hereby notified that Federal Rules
of Bankruptcy Procedure ("FRBP") 7008 and 7012(b) require the
defendant to plead whether each claim for relief asserted
against the defendant is core or non-core and, if non-core,
whether consent is given to the entry of final orders and
judgment by the Bankruptcy Court.

2.  This Court has jurisdiction over this adversary proceeding
pursuant to 28 U.S.C. §§ 151, 157, and 1334.

3.  This adversary proceeding is brought pursuant to Rule
7001, et seq. of the FRBP and 11 U.S.C. §§ 105, 502, 544, 547,
548, 549, 550 and 551 and Local Rules and Orders of the United
States District Court for the Central District of California

governing the reference and conduct of proceedings arising under or related to cases under Title 11 of the United States Code, including General Order No. 13-05, dated July 1, 2013.

4. Venue in this Court is proper pursuant to 28 U.S.C. § 1409 as this adversary proceeding arises under and in connection with In re Urban Commons, LLC a chapter 7 bankruptcy case pending in the United States Bankruptcy Court, Central District, Los Angeles Division (the "Court") as Case No. 2:21-bk-13523 ER (the "Bankruptcy Case").

5. Plaintiff consents to entry of final orders or judgment by the Court.

**RELEVANT BACKGROUND, PARTIES, AND**

**ALLEGATIONS COMMON TO ALL CLAIMS FOR RELIEF**

6. The Bankruptcy Case was initiated by the filing of an Involuntary Petition against Urban Commons, LLC ("Debtor") on April 29, 2021 (the "Petition Date").

7. On June 24, 2021, the Order for Relief was entered in this case.

8. On June 24, 2021, the United States Trustee appointed Carolyn A. Dye, as the Chapter 7 Trustee.

9. Plaintiff brings this action solely in her capacity as chapter 7 trustee for the Debtor's estate and its respective creditors. To the extent that Plaintiff hereby asserts claims under 11 U.S.C. § 544(b), Plaintiff is informed and believes, and on that basis alleges thereon, that there exists in this case one or more creditors holding unsecured claims allowable under 11 U.S.C. § 502, or that are not allowable only under 11 U.S.C. § 502(e) who could have avoided the respective

transfers or obligations under California or other applicable law before the Petition Date.

10.    Plaintiff was appointed as chapter 7 trustee after the Petition Date.

11.    As a result, Plaintiff does not have personal knowledge of the facts alleged in this Complaint that occurred prior to her appointment and, therefore, alleges all those facts on information and belief. Plaintiff reserves the right to amend this Complaint to allege additional claims against defendants and to challenge and recover transfers made to or for the benefit of defendants in addition to those transfers alleged in this Complaint.

12.    The Trustee is informed and believes and based thereon alleges that Defendant Potter Anderson & Corroon, LLP ("Defendant") is a limited liability partnership formed in California that did business in this state and is subject to the jurisdiction of this Court.  At all relevant times, the Defendant was the initial transferee of the transfers alleged herein or was the party for whose benefit the transfers were made and/or an immediate or mediate transferee of such initial transferee.

13.    With respect to the Defendant, during the ninety-day period prior to the Petition Date, the Debtor made transfers of property in the form of approximately 10 payments to Defendant during the 90-day period prior to the Petition Date in the total aggregate amount of $475,000.00 (collectively, the "Pre-petition Transfers"). See Exhibit "1" attached hereto.

14.     With respect to the Defendant, after the Petition Date, the Debtor made approximately 1 payment to the Defendant in the total aggregate amount of $75,000.00 ("Post-Petition Transfer"). See Exhibit "1" attached hereto.

## FIRST CLAIM FOR RELIEF

(Avoidance and Recovery of Pre-Petition Transfers

Pursuant to U.S.C. §§ 548(a)(1)(B) and 550)

15.     Plaintiff realleges and incorporates herein by reference each and every allegation contained in paragraphs 1 through 14 as though set forth in full.

16.     Plaintiff is informed and believes, and on that basis alleges thereon, that during the two-year period preceding the Petition Date, the Debtor made the Pre-Petition Transfers to or for the benefit of the Defendant.

17.     Plaintiff is informed and believes, and on that basis alleges thereon, that Debtor received less than a reasonably equivalent value in exchange for the Pre-Petition Transfers, and (a) the Debtor was insolvent on the date that such transfers were made or became insolvent as a result of such transfers, (b) the Debtor was engaged in business or a transaction, or was about to engage in business or a transaction, for which any remaining property remaining with Debtor was an unreasonably small capital, or (c) the Debtor intended to incur, or believed that it would incur, debts that would be beyond its ability to pay as such debts matured.

18.     Plaintiff is informed and believes, and based thereon alleges thereon that, at all relevant times, the Pre-Petition Transfers were voidable under 11 U.S.C. § 544(b) by one or more

1  creditors who held and hold unsecured claims against the Debtor

2  that were and are allowable under 11 U.S.C. § 502, or that were

3  and are not allowable only under 11 U.S.C. § 502(e). These

4  creditors include those creditors who are listed in the Debtor's

5  schedules as holding undisputed claims or who have filed proofs

6  of claim against the Debtor's estate.

7      19.   Plaintiff is informed and believes, and on that basis

8  alleges thereon, that, based on the foregoing, Plaintiff may

9  avoid the Pre-Petition Transfers and recover the equivalent

10  value of said fraudulent transfers for the benefit of the

11  Debtor's estate from Defendant pursuant to 11 U.S.C. §§ 544(b)

12  and 550.

13                  **SECOND CLAIM FOR RELIEF**

14    [For Avoidance Of Preferential Transfer – 11 U.S.C § 547]

15    20.   Plaintiff re-alleges and incorporates by this

16  reference each and every allegation set forth in paragraphs 1

17  through 19, inclusive, as though fully set forth herein.

18    21.   Plaintiff is informed and believes and based thereon

19  alleges that the Pre-Petition Transfers were a transfer of an

20  interest of the Debtor in property.

21    22.   Plaintiff is informed and believes and based thereon

22  alleges that the Pre-Petition Transfers were made to or for the

23  benefit of Defendant at a time in which Defendant was creditor

24  of the Debtor.

25    23.   Plaintiff is informed and believes and based thereon

26  alleges that the Pre-Petition Transfers were made for or on

27  account of antecedent debt owed by Debtor before such transfers

28  were made.

24.     Plaintiff is informed and believes and based thereon alleges that the Pre-Petition Transfers were made while Debtor was insolvent.

25.     Plaintiff is informed and believes and based thereon alleges that the Pre-Petition Transfers were made on or within 90 days before the Petition Date.

26.     Plaintiff is informed and believes and based thereon alleges that the Pre-Petition Transfers enabled Defendant to receive more than Defendant would otherwise receive if (a) the Debtor's bankruptcy case was a case under chapter 7 of the Bankruptcy Code; (b) the Pre-Petition Transfers had not been made; and (c) Defendant received payment of such debt to the extent provided by the provisions of the Bankruptcy Code.

27.     Based on her reasonable due diligence in the circumstances of the case and taking into account Defendant's known or reasonably knowable affirmative defenses, Plaintiff may avoid the Pre-Petition Transfers pursuant to 11 U.S.C. § 547(b).

28.     Plaintiff is entitled to an order and judgment under 11 U.S.C. § 547 that the Pre-Petition Transfers are avoided and recovered for the benefit of the Debtor's creditors.

## THIRD CLAIM FOR RELIEF

[For Avoidance Of Post-Petition Transfer – 11 U.S.C § 549]

29.     Plaintiff realleges and incorporates herein by this reference the foregoing paragraphs 1 through 28 of this Complaint, as though fully set forth herein.

30.     Plaintiff is informed and believes, and based thereon alleges that the Post-Petition Transfer was a transfer of an interest of the Debtor in property.

31.    Plaintiff is informed and believes, and based thereon alleges that the Post-Petition Transfer was made after the Petition Date.

32.    Plaintiff is informed and believes, and based thereon alleges that the Post-Petition Transfer was not authorized under the Bankruptcy Code or by the Court.

33.    Plaintiff is entitled to an order and judgment under 11 U.S.C. § 549 that the Post-Petition Transfer is avoided and recovered for the benefit of the Debtor's creditors 11 U.S.C. § 549(a).

**FOURTH CLAIM FOR RELIEF**

[For Recovery and Preservation Of Transfer

11 U.S.C. §§ 550 and 551]

34.    Plaintiff realleges and incorporates herein by reference the allegations in paragraphs 1 through 33 of this Complaint, inclusive, as though fully set forth herein.

35.    Plaintiff is informed and believes, and based thereon alleges that Defendant is the initial transferee of the Pre-Petition Transfers and the Post-Petition Transfers, and to the extent it was not the initial transferee, it was the immediate or mediate transferee of the initial transferee of the Pre-Petition Transfers and Post-Petition Transfers.

36.    Upon avoidance of the Pre-Petition Transfers and Post-Petition Transfers, as alleged herein, Plaintiff is entitled to recover the Pre-Petition Transfers and Post-Petition Transfers, together with interest at the applicable rate from the date of the Pre-Petition Transfers and Post-Petition Transfers from Defendant as the initial transferee, the immediate or mediate

transferee of such initial transferee, or as the entity for whose benefit the Two-Year Transfers and Preferential Transfer were made, pursuant to 11 U.S.C. § 550 and to preserve them pursuant to 11 U.S.C. § 551.

## FIFTH CLAIM FOR RELIEF

[For Disallowance of Claim - 11 U.S.C. § 502]

37.    Plaintiff realleges and incorporates herein by this reference the foregoing allegations in paragraphs 1 through 40 of this Complaint, inclusive, as though fully set forth herein.

38.    The Pre-Petition Transfers and Post-Petition Transferss are recoverable from Defendant pursuant to 11 U.S.C. §550, and Defendant has not paid the amount of the Pre-Petition Transfers and Post-Petition Transfers to the Plaintiff.

39.    Based on the foregoing, any and all claims of the Defendant against the Debtor must be disallowed pursuant to 11 U.S.C. § 502(d).

## RESERVATION OF RIGHTS

40.  Plaintiff reserves the right to amend this Complaint to include, among other things, (i) further information regarding the Two-Year Transfers and Preferential Transfers, (ii) additional transfers, (iii) modifications of and revisions to Defendant's name, (iv) additional defendants, and (v) additional claims for relief, that may become known to Plaintiff at any time during this adversary proceeding through formal discovery or otherwise, and for the amendments to relate back to this Complaint.

41.    Plaintiff reserves the right to bring all other claims for relief that Plaintiff may have against the Defendant, on any

and all grounds, as allowed under the law or in equity.
Additionally, nothing contained in this Complaint shall be
construed as a waiver of Plaintiff's right to object to any
proof of claim filed by the Defendant. Accordingly, Plaintiff
reserves the right to object, on any and all grounds, to any
proof of claim filed by the Defendant.

**PRAYER FOR RELIEF**

WHEREFORE, the Plaintiff prays for judgment as follows:

A. On the First, Second and Third Claims for Relief: A
judgment in favor of Plaintiff and against Defendant (1)
avoiding the Pre-Petition Transfers and Post-Petition Transfers,
(2) entitling Plaintiff to recover from Defendant the Pre-
Petition Transfers and Post-Petition Transfers or the value
thereof, for the benefit of the estate, and (3) entitling
Plaintiff to recover from Defendant attorneys' fees and expenses
incurred in connection with the claims asserted herein to the
extent allowable under applicable law;

B. On the Fourth Claim for Relief: A judgment that
Plaintiff is entitled to recover and preserve the Pre-Petition
Transfers and Post-Petition Transfers, or the value thereof,
from Defendant under 11 U.S.C. §§ 550 and 551;

C. On the Fifth Claim for Relief: A judgment in favor of
Plaintiff and against Defendant disallowing any and all claims
of the Defendant against Debtor;

/ / /
/ / /
/ / /
/ / /

1        D. On All Claims for Relief: For such other and further

2   relief as the Court deems just and proper.

3

4   DATED: June 20, 2023                    PEÑA & SOMA, APC

5

6                                   By: /s/ Leonard Peña

7                                       LEONARD PEÑA
                                        JULIE A. SOMA
8                                       Attorneys for Plaintiff
                                        Carolyn A. Dye,
9                                       Chapter 7 Trustee

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "1"

XXH1928DPCSTM          01312108003171231

ACCOUNT STATEMENT
Page 6 of 7

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA. 91101

STARTING DATE: January 01, 2021
ENDING DATE: January 31, 2021
Total days in statement period: 31

URBAN COMMONS LLC

80-03171231
( 2)

| Date | Transaction Description | | Subtractions | Control Number |
|------|-------------------------|---|-------------|----------------|
| 01-21 | Onln Bkg Trfn DTO ACC 08003086439 | | 4,000.00 | 012000121160314 |
| 01-21 | Onln Bkg Trfn DTO ACC 08003171348 | | 32,000.00 | 012000121154858 |
| 01-21 | Onln Bkg Trfn DTO ACC 08003050575 | | 33,000.00 | 012000121163606 |
| 01-22 | Outgoing Wire Mick Management In c. | | 11,000.00 | 000000000006976 |
| 01-22 | Onln Bkg Trfn DTO ACC 08003171363 | | 400.00 | 012000122122533 |
| 01-22 | Preauth Debit AMEX EPAYMENT ACH PMT 210122 | | 5,964.91 | 091000014202244 |
| 01-25 | Outgoing Wire Taylor Woods | | 1,000.00 | 000000000008559 |
| 01-25 | Outgoing Wire Howard Wu | | 5,000.00 | 000000000010744 |
| 01-25 | Onln Bkg Trfn DTO ACC 08003050575 | | 1,000.00 | 012000125122211 |
| 01-25 | Onln Bkg Trfn DTO ACC 08003050575 | | 1,000.00 | 012000125170701 |
| 01-25 | POS Purchase MERCHANT PURCHASE TERMINAL 449215 | | | |
| | GRUBHUBVERSAILLESC UBA GRUBHUB C NY | | | |
| | 4490950001142046 SEQ # 102228713486 | | 227.74 | 000007134860000 |
| 01-25 | POS Purchase MERCHANT PURCHASE TERMINAL 449215 | | | |
| | GRUBHUBGENWAKOREAN BBQ GRUBHUB C NY | | | |
| | 4490950001142046 SEQ # 102328715557 | | 304.85 | 000007155570000 |
| 01-25 | Preauth Debit Tesla 13 AGNT PYMNT 210125 | | 1,746.54 | 041001039494880 |
| 01-25 | Preauth Debit WELLS FARGO CARD RESERVE 210125 | | 2,011.00 | 091000011286808 |
| 01-26 | Outgoing Wire Mick Management In c. | | 7,000.00 | 000000000008057 |
| 01-26 | Outgoing Wire JMBN Depository Ac ct | | 15,000.00 | 000000000009516 |
| 01-26 | Onln Bkg Trfn DTO ACC 08003171348 | | 4,200.00 | 012000126120113 |
| 01-26 | Onln Bkg Trfn DTO ACC 08003050575 | | 15,000.00 | 012000126115217 |
| 01-26 | Preauth Debit REP CF MBFS D000007852 210126 | | 15.00 | 096016930962850 |
| 01-26 | Preauth Debit MBFS - 15.00 D000007844 210126 | | 2,663.77 | 096016930962586 |
| 01-27 | Onln Bkg Trfn DTO ACC 08003050575 | | 10,200.00 | 012000127111630 |
| 01-27 | Onln Bkg Trfn DTO ACC 08003171348 | | 11,100.00 | 012000127111725 |
| 01-27 | POS Purchase MERCHANT PURCHASE TERMINAL 449215 | | | |
| | GRUBHUBBBQBILL GRUBHUB C NY | | | |
| | 4490950001142046 SEQ # 102626715764 | | 89.43 | 000007157640000 |
| 01-27 | Preauth Debit BANK OF AMERICA QRMT Pymt 210126 URBAN COMM | | | |
| | | | 490.00 | 051000017217958 |
| 01-28 | Outgoing Wire Mick Management In c. | | 6,000.00 | 000000000007777 |
| 01-28 | Onln Bkg Trfn DTO ACC 08003171348 | | 320.00 | 012000128140259 |
| 01-28 | Onln Bkg Trfn DTO ACC 08003171348 | | 1,770.00 | 012000128140043 |
| 01-28 | Onln Bkg Trfn DTO ACC 08003171348 | | 2,700.00 | 012000128154544 |
| 01-28 | Onln Bkg Trfn DTO ACC 08003050575 | | 5,800.00 | 012000128133246 |
| 01-28 | Onln Bkg Trfn DTO ACC 08003050575 | | 8,300.00 | 012000128134439 |
| 01-29 | Outgoing Wire Brian Thomas De Ma rco | | 7,500.00 | 000000000008809 |
| 01-29 | Outgoing Wire Potter Anderson & Corroon LLP | | 25,000.00 | 000000000008955 |
| 01-29 | Onln Bkg Trfn DTO ACC 08003050575 | | 5,300.00 | 012000129151633 |
| 01-29 | Onln Bkg Trfn DTO ACC 08003086439 | | 15,000.00 | 012000129152102 |
| 01-29 | POS Purchase MERCHANT PURCHASE TERMINAL 449215 | | | |
| | GRUBHUBNORTHERNCAF ECH GRUBHUB C NY | | | |
| | 4490950001142046 SEQ # 102822715904 | | 137.74 | 000007159040000 |

ACCOUNT STATEMENT
Page 2 of 6
135 N. Los Robles Ave., 6TH FL.
Pasadena, CA. 91101

STARTING DATE: February 01, 2021
ENDING DATE: February 28, 2021
Total days in statement period: 28

URBAN COMMONS LLC

80-03171231
( 1 )

| Number | Date | Transaction Description | Additions | Control Number |
|---|---|---|---|---|
| | 02-16 | Deposit              TLR 606 BR 8006 | 10,000.00 | 02130060612533 |
| | 02-17 | Onln Bkg Trft C FR ACC 08003121178 | 2,000.00 | 012000217125715 |
| | 02-17 | Onln Bkg Trft C FR ACC 08003121178 | 10,000.00 | 012000217155835 |
| | 02-17 | Onln Bkg Trft C FR ACC 08003121178 | 14,000.00 | 012000217123643 |
| | 02-17 | Deposit | 22,538.68 | 000007054120520 |
| | 02-19 | Onln Bkg Trft C FR ACC 08003121178 | 100.00 | 012000219162114 |
| | 02-19 | Onln Bkg Trft C FR ACC 08003121178 | 5,000.00 | 012000219114723 |
| | 02-22 | Onln Bkg Trft C FR ACC 08003050575 | 600.00 | 012000222112418 |
| | 02-22 | Onln Bkg Trft C FR ACC 08003171264 | 3,600.00 | 012000222112224 |
| | 02-26 | Wire Trans-IN   TAYLOR R WOODS | 20,000.00 | 000000000009678 |

CHECKS

| Number | Date | Amount | Control |
|---|---|---|---|
| 104 | 02-16 | 2,000.00 | 000009267890480 |

DEBITS

| Date | Transaction Description | Subtractions | Control Number |
|---|---|---|---|
| 02-01 | Outgoing Wire  Potter Anderson & Corroon LLP | 25,000.00 | 000000000009542 |
| 02-01 | POS Purchase  MERCHANT PURCHASE TERMINAL 449215 GRUBHUBHAIDILAOHOT POT GRUBHUB C NY 4490950001142046 SEQ # 103028719068 | 92.77 | 000007190680000 |
| 02-02 | POS Purchase  MERCHANT PURCHASE TERMINAL 469216 AMZN Mktp US RR57F 4723 Amzn com WA 4490950001142046 SEQ # 103223100391 | 69.48 | 000001003910000 |
| 02-05 | Outgoing Wire  Richard B. Gerdts | 5,095.89 | 000000000009053 |
| 02-05 | Outgoing Wire  First Choice Bank | 10,000.00 | 000000000009014 |
| 02-05 | Outgoing Wire  JMBM Depository Ac ct | 15,000.00 | 000000000007802 |
| 02-05 | Outgoing Wire  Howard Wu | 15,000.00 | 000000000008396 |
| 02-05 | Outgoing Wire  Taylor Woods | 15,000.00 | 000000000008437 |
| 02-05 | Outgoing Wire  Potter Anderson & Corroon LLP | 100,000.00 | 000000000007821 |
| 02-05 | Onln Bkg Trfn DTO ACC 08003050575 | 100.00 | 012000205145820 |
| 02-05 | Onln Bkg Trfn DTO ACC 08003171363 | 100.00 | 012000205145900 |
| 02-05 | Onln Bkg Trfn DTO ACC 08003171348 | 1,000.00 | 012000205160712 |
| 02-05 | Onln Bkg Trfn DTO ACC 08003086439 | 68,300.00 | 012000205161805 |
| 02-08 | Outgoing Wire  Howard Wu | 27,000.00 | 000000000008207 |
| 02-08 | Onln Bkg Trfn DTO ACC 08003091066 | 2,400.00 | 012000208180334 |
| 02-08 | Onln Bkg Trfn DTO ACC 08003050567 | 3,000.00 | 012000208181117 |
| 02-08 | Onln Bkg Trfn DTO ACC 08003050575 | 4,200.00 | 012000208115358 |
| 02-08 | Onln Bkg Trfn DTO ACC 08003050906 | 6,200.00 | 012000208180808 |
| 02-08 | Onln Bkg Trfn DTO ACC 08003171348 | 6,700.00 | 012000208115709 |
| 02-08 | Onln Bkg Trfn DTO ACC 08003050575 | 10,000.00 | 012000208115319 |
| 02-08 | Onln Bkg Trfn DTO ACC 08003171264 | 17,000.00 | 012000208181808 |

```
                                              ACCOUNT STATEMENT
                                                    Page 3 of 6
135 N. Los Robles Ave., 6TH FL.        STARTING DATE: February 01, 2021
Pasadena, CA. 91101                     ENDING DATE: February 28, 2021
                                    Total days in statement period: 28
         URBAN COMMONS LLC                           80-03171231
                                                       ( 1)
```

| Date | Transaction | Description | Subtractions | Control Number |
|---|---|---|---|---|
| 02-08 | POS Purchase | MERCHANT PURCHASE TERMINAL 449215 GRUBHUBGENWAKOREAN BBQ GRUBHUB C NY 4490950001142046 SEQ # 103728715572 | 156.80 | 000007155720000 |
| 02-09 | Outgoing Wire | Mick Management In c. | 33,000.00 | 000000000007379 |
| 02-09 | Onln Bkg Trfn | DTO ACC 08003171348 | 8,000.00 | 012000209122450 |
| 02-09 | Onln Bkg Trfn | DTO ACC 08003171363 | 9,500.00 | 012000209122243 |
| 02-09 | Onln Bkg Trfn | DTO ACC 08003050575 | 20,000.00 | 012000209122149 |
| 02-09 | Preauth Debit | DTF - 0.00 D000008388 210209 | 1,657.84 | 096016930076472 |
| 02-10 | Outgoing Wire | Global Law Group C orporation | 1,811.00 | 000000000004937 |
| 02-10 | Outgoing Wire | Donald J. Watson J r | 5,000.00 | 000000000007361 |
| 02-10 | Outgoing Wire | PWC Developers LLC | 20,000.00 | 000000000007476 |
| 02-10 | Outgoing Wire | Potter Anderson & Corroon LLP | 100,000.00 | 000000000007338 |
| 02-10 | Onln Bkg Trfn | DTO ACC 08003171348 | 1,000.00 | 012000210113745 |
| 02-10 | Onln Bkg Trfn | DTO ACC 08003171348 | 2,700.00 | 012000210162214 |
| 02-10 | Onln Bkg Trfn | DTO ACC 08003050575 | 3,000.00 | 012000210113713 |
| 02-10 | Onln Bkg Trfn | DTO ACC 08003086439 | 29,000.00 | 012000210160450 |
| 02-10 | Preauth Debit | AMEX EPAYMENT ACH PMT 210210 | 5,930.99 | 091000017034959 |
| 02-11 | Outgoing Wire | JMBM Depository Ac ct | 15,000.00 | 000000000003537 |
| 02-11 | Outgoing Wire | Howard Wu | 30,000.00 | 000000000003403 |
| 02-11 | Onln Bkg Trfn | DTO ACC 08003171348 | 2,500.00 | 012000211124321 |
| 02-11 | Onln Bkg Trfn | DTO ACC 08003050575 | 4,500.00 | 012000211124227 |
| 02-11 | Onln Bkg Trfn | DTO ACC 08003171348 | 4,650.00 | 012000211161541 |
| 02-11 | Onln Bkg Trfn | DTO ACC 08003050575 | 7,500.00 | 012000211161657 |
| 02-12 | Outgoing Wire | Brian Thomas De Ma rco | 7,500.00 | 000000000003143 |
| 02-12 | Outgoing Wire | Howard Wu | 10,000.00 | 000000000002463 |
| 02-12 | Outgoing Wire | Taylor Woods | 10,000.00 | 000000000002476 |
| 02-12 | Onln Bkg Trfn | DTO ACC 08003171348 | 4,200.00 | 012000212124158 |
| 02-12 | Onln Bkg Trfn | DTO ACC 08003171264 | 16,500.00 | 012000212124332 |
| 02-12 | Onln Bkg Trfn | DTO ACC 08003050575 | 17,100.00 | 012000212124123 |
| 02-12 | Onln Bkg Trfn | DTO ACC 08003086439 | 66,760.00 | 012000212125646 |
| 02-12 | POS Purchase | MERCHANT PURCHASE TERMINAL 494300 AMERICAN AIR001215 651103FORT WORT TX 4490950001142046 SEQ # 1042239780000 | 11.20 | 000009780000000 |
| 02-12 | POS Purchase | MERCHANT PURCHASE TERMINAL 494300 AMERICAN AIR001215 651103FORT WORT TX 4490950001142046 SEQ # 1042269780000 | 11.20 | 000009780000000 |
| 02-12 | POS Purchase | MERCHANT PURCHASE TERMINAL 494300 AMERICAN AIR001215 651103FORT WORT TX 4490950001142046 SEQ # 1042289780000 | 11.20 | 000009780000000 |
| 02-12 | Preauth Debit | BANK OF AMERICA QRMT Pymt 210211 URBAN COMM | 702.32 | 051000019175686 |
| 02-12 | Preauth Debit | BANK OF AMERICA QRMT Pymt 210211 URBAN COMM | 1,398.18 | 051000019175689 |
| 02-16 | Outgoing Wire | NES Financial Corp . | 3,000.00 | 000000000006704 |

XXH1928DPCSTM              03312108003171231

```
                                         ACCOUNT STATEMENT
                                               Page 3 of 5
135 N. Los Robles Ave., 6TH FL.        STARTING DATE: March 01, 2021
Pasadena, CA. 91101                     ENDING DATE: March 31, 2021
                               Total days in statement period: 31
          URBAN COMMONS LLC                        80-03171231
                                                    ( 0)
```

| Date | Transaction Description | | Subtractions | Control Number |
|------|-------------------------|---|-------------|----------------|
| 03-10 | Onln Bkg Trfn DTO ACC 08003171348 | | 2,200.00 | 01200031012030 |
| 03-11 | Outgoing Wire  Potter Anderson & Corroon LLP | | 100,000.00 | 000000000005907 |
| 03-11 | Onln Bkg Trfn DTO ACC 08003050575 | | 200.00 | 01200031111333 |
| 03-11 | Onln Bkg Trfn DTO ACC 08003121178 | | 50,000.00 | 012000311151820 |
| 03-15 | POS Purchase | MERCHANT PURCHASE TERMINAL 449215 POSTMATES 40BD3 ME ET F HTTPSPOST CA 4490950001142046 SEQ # 10732663742 | | |
| | | | 24.66 | 0000063 4270000 |
| 03-15 | POS Purchase | MERCHANT PURCHASE TERMINAL 449215 POSTMATES 40BD3 GU YI R HTTPSPOST CA 4490950001142046 SEQ # 10732763742 | | |
| | | | 68.16 | 0000063 4270000 |
| 03-15 | POS Purchase | MERCHANT PURCHASE TERMINAL 46921 VERIZONWRLSS RTCCR VB 800 922 0 FL 4490950001142046 SEQ # 10 323100171 | | |
| | | | 527.74 | 000001001710000 |
| 03-16 | POS Purchase | MERCHANT PURCHASE TERMINAL 449215 POSTMATES TIP HTTPSPOST CA 4490950001142046 SEQ # 107526637479 | | |
| | | | 6.17 | 0000063 4790000 |
| 03-16 | POS Purchase | MERCHANT PURCHASE TERMINAL 449215 POSTMATES TIP HTTPSPOST CA 4490950001142046 SEQ # 107528637479 | | |
| | | | 17.04 | 0000063 4790000 |
| 03-16 | Analysis Servic | ANALYSIS ACTIVITY FOR 02/21 | 4,260.37 | 000000000000000 |
| 03-17 | POS Purchase | MERCHANT PURCHASE TERMINAL 449215 POSTMATES 40BD3 NO RTHE HTTPSPOST CA 4490950001142046 SEQ # 107523637515 | | |
| | | | 46.39 | 0000063 5150000 |
| 03-18 | Onln Bkg Trfn DTO ACC 08003050906 | | 50.00 | 012000318124024 |
| 03-18 | Onln Bkg Trfn DTO ACC 08003171348 | | 850.00 | 012000318121619 |
| 03-18 | POS Purchase | MERCHANT PURCHASE TERMINAL 449215 POSTMATES TIP HTTPSPOST CA 4490950001142046 SEQ # 107621637526 | | |
| | | | 11.60 | 0000063 5260000 |
| 03-18 | POS Purchase | MERCHANT PURCHASE TERMINAL 449215 POSTMATES 40BD3 ME ET F HTTPSPOST CA 4490950001142046 SEQ # 107623637564 | | |
| | | | 16.79 | 0000063 5640000 |
| 03-19 | Outgoing Wire  Woolley Investment s LLC | | 5,000.00 | 000000000007569 |
| 03-19 | Onln Bkg Trfn DTO ACC 08003086439 | | 2,000.00 | 012000319163016 |
| 03-19 | Onln Bkg Trfn DTO ACC 08003050575 | | 5,000.00 | 012000319161449 |
| 03-19 | Onln Bkg Trfn DTO ACC 08003050906 | | 6,000.00 | 012000319191129 |
| 03-19 | Onln Bkg Trfn DTO ACC 08003171256 | | 27,000.00 | 012000319191803 |
| 03-19 | POS Purchase | POS PURCHASE TERMINAL 77827301 SQ *BRIGITTE KNERR SANTA MON CA 4490950001142046 SEQ # 107719188346 | | |
| | | | 75.00 | 000001883460000 |
| 03-19 | POS Purchase | MERCHANT PURCHASE TERMINAL 449215 POSTMATES TIP HTTPSPOST CA 4490950001142046 SEQ # 107823637621 | | |
| | | | 4.20 | 0000063 6210000 |
| 03-22 | Outgoing Wire  Potter Anderson & Corroon LLP | | 20,000.00 | 000000000008466 |
| 03-22 | Onln Bkg Trfn DTO ACC 08003050906 | | 675.00 | 012000322140555 |

XH1928DPCSTM        0331210800317123

ACCOUNT STATEMENT
Page 4 of 5

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA. 91101

STARTING DATE: March 01, 2021
ENDING DATE: March 31, 2021
Total days in statement period: 31

URBAN COMMONS LLC

80-03171231
( 0)

| Date | Transaction Description | Subtractions | Control Number |
|------|-------------------------|-------------|----------------|
| 03-22 | Onln Bkg Trfn DTO ACC 08003171348 | 3,800.00 | 01200032216281C |
| 03-22 | POS Purchase MERCHANT PURCHASE TERMINAL 449215 POSTMATES TIP HTTPSPOST CA 4490950001142046 SEQ # 109129637757 | 5.08 | 0000063 7570000 |
| 03-22 | POS Purchase MERCHANT PURCHASE TERMINAL 449215 POSTMATES TIP HTTPSPOST CA 4490950001142046 SEQ # 107921637675 | 6.64 | 0000063 6750000 |
| 03-22 | POS Purchase MERCHANT PURCHASE TERMINAL 449215 POSTMATES 40BD3 NO BLE HTTPSPOST CA 4490950001142046 SEQ # 107921637712 | 20.30 | 0000063 7120000 |
| 03-22 | POS Purchase MERCHANT PURCHASE TERMINAL 449215 POSTMATES 40BD3 YI FANG HTTPSPOST CA 4490950001142046 SEQ # 10782963766 | 26.55 | 0000063 6670000 |
| 03-23 | Onln Bkg Trfn DTO ACC 08868001960 | 100.00 | 012000323173523 |
| 03-23 | POS Purchase MERCHANT PURCHASE TERMINAL 449215 POSTMATES TIP HTTPSPOST CA 4490950001142046 SEQ # 108229637800 | 25.34 | 0000063 8000000 |
| 03-23 | POS Purchase MERCHANT PURCHASE TERMINAL 449215 POSTMATES 40BD3 CA SSIA HTTPSPOST CA 4490950001142046 SEQ # 108128637792 | 101.36 | 0000063 7920000 |
| 03-25 | Onln Bkg Trfn DTO ACC 08003050575 | 200.00 | 012000325124251 |
| 03-25 | POS Purchase MERCHANT PURCHASE TERMINAL 449215 POSTMATES TIP HTTPSPOST CA 4490950001142046 SEQ # 108420637887 | 5.69 | 0000063 8870000 |
| 03-25 | POS Purchase MERCHANT PURCHASE TERMINAL 449215 POSTMATES 40BD3 NO BLE HTTPSPOST CA 4490950001142046 SEQ # 108329637861 | 22.77 | 0000063 8810000 |
| 03-26 | Onln Bkg Trfn DTO ACC 08003050575 | 1,000.00 | 012000326161609 |
| 03-26 | POS Purchase MERCHANT PURCHASE TERMINAL 449215 POSTMATES 40BD3 LJ S S HTTPSPOST CA 4490950001142046 SEQ # 108424637925 | 46.91 | 0000063 9250000 |
| 03-29 | Outgoing Wire Potter Anderson & Corroon LLP | 30,000.00 | 00000000007989 |
| 03-29 | Onln Bkg Trfn DTO ACC 08003091066 | 2,060.00 | 012000329131448 |
| 03-29 | Onln Bkg Trfn DTO ACC 08868001960 | 50,000.00 | 012000329153927 |
| 03-29 | POS Purchase MERCHANT PURCHASE TERMINAL 449215 POSTMATES TIP HTTPSPOST CA 4490950001142046 SEQ # 108726637025 | 4.09 | 0000063 0250000 |
| 03-29 | POS Purchase MERCHANT PURCHASE TERMINAL 449215 POSTMATES TIP HTTPSPOST CA 4490950001142046 SEQ # 108523637935 | 11.73 | 0000063 9350000 |
| 03-29 | POS Purchase MERCHANT PURCHASE TERMINAL 449215 POSTMATES 40BD3 YI FANG HTTPSPOST CA 4490950001142046 SEQ # 10852363797 | 16.35 | 0000063 9770000 |

XXH1929DPCSTM          0331210800317231

```
                                        ACCOUNT STATEMENT
                                             Page 5 of 5
135 N. Los Robles Ave., 6TH FL.         STARTING DATE: March 01, 2021
Pasadena, CA. 91101                      ENDING DATE: March 31, 2021
                                   Total days in statement period: 31
        URBAN COMMONS LLC                        80-03171231
                                                     · 0)
```

| Date | Transaction Description | Subtractions | Control Number |
|------|------------------------|-------------|----------------|
| 03-30 | Preauth Debit  BANK OF AMERICA QRMT Pymt 210329 URBAN COMM | | |
| | | 670.44 | 051000017819732 |
| 03-31 | Outgoing Wire  Potter Anderson & Corroon LLP | 25,000.00 | 000000000000022 |
| 03-31 | Outgoing Wire  Potter Anderson & Corroon LLP | 25,000.00 | 000000000008327 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 02-28 | 14,736.44 | 03-10 | 2,023.70 | 03-22 | 1,332.01 |
| 03-01 | 12,336.44 | 03-11 | 1,823.70 | 03-23 | 1,105.31 |
| 03-02 | 1,856.44 | 03-15 | 1,203.14 | 03-25 | 876.85 |
| 03-04 | 44,136.44 | 03-16 | -3,080.44 | 03-26 | 829.94 |
| 03-05 | 26,236.44 | 03-17 | 873.17 | 03-29 | 7.77 |
| 03-08 | 5,119.59 | 03-18 | 244.78 | 03-30 | 337.33 |
| 03-09 | 6,823.70 | 03-19 | 165.58 | 03-31 | 37.33 |

OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

XXH1928DFCSTM        04302108003171231

```
                                            ACCOUNT STATEMENT
                                                Page 3 of 4
135 N. Los Robles Ave., 6TH FL.        STARTING DATE: April 01, 2021
Pasadena, CA. 91101                     ENDING DATE: April 30, 2021
                                       Total days in statement period: 30
        URBAN COMMONS LLC                         80-03171231
                                                    ( 2)
```

| Date | Transaction Description | Subtractions | Control Number |
|------|------------------------|--------------|----------------|
| 04-13 | POS Purchase    MERCHANT PURCHASE TERMINAL 449215 UBER EATS HELP UBER CA 4490950001142046 SEQ # 110324717618 | 61.53 | 0000071 6180000 |
| 04-14 | ATM Withdrawal  CASH WITHDRAWAL TERMINAL 00624071 10900 WILSHIRE BLV LA CA 4490950001142046 SEQ # 110414143036 | 203.00 | 00001430360000 |
| 04-14 | Onln Bkg Trfn DTO ACC 08003050906 | 50.00 | 012000414130259 |
| 04-14 | POS Purchase    MERCHANT PURCHASE TERMINAL 475542 LAX AIRPORT LOT P 4 LOS ANGEL CA 4490950001142046 SEQ # 110321161038 | 320.00 | 00001610380000 |
| 04-15 | Outgoing Wire  ADR Services, In. | 1,500.00 | 00000000000755 |
| 04-15 | Outgoing Wire  High Speed, LLC | 1,500.00 | 00000000007578 |
| 04-15 | Onln Bkg Trfn DTO ACC 08003171348 | 800.00 | 012000415163508 |
| 04-15 | Preauth Debit  ALLSTATE INS CO PREM PYMT 210415 | 1,394.90 | 021000027776887 |
| 04-16 | Outgoing Wire  Potter Anderson & Corroon LLP | 25,000.00 | 00000000005325 |
| 04-16 | Onln Bkg Trfn DTO ACC 08003171348 | 80.00 | 012000416121626 |
| 04-16 | POS Purchase    MERCHANT PURCHASE TERMINAL 449215 POSTMATES 40BD3 MA NPUK HTTPSPOST CA 4490950001142046 SEQ # 110521637853 | 106.41 | 0000063 8530000 |
| 04-19 | Outgoing Wire  ASAP Property Hold ings Inc. | 5,000.00 | 00000000007397 |
| 04-19 | Onln Bkg Trfn DTO ACC 08868001960 | 10,000.00 | 012000419162721 |
| 04-20 | Onln Bkg Trfn DTO ACC 08003050575 | 5,000.00 | 012000420122355 |
| 04-20 | Analysis Servic ANALYSIS ACTIVITY FOR 03/21 | 3,269.62 | 000000000000000 |
| 04-21 | Preauth Debit  REP CF MBFS D000012333 210421 | 15.00 | 096016930524706 |
| 04-21 | Preauth Debit  DTF - 14.95 D000012330 210421 | 789.45 | 096016930524657 |
| 04-22 | Outgoing Wire  Loretta Wu | 3,000.00 | 00000000007048 |
| 04-22 | Outgoing Wire  Goodwin Procter LL P | 10,000.00 | 00000000007062 |
| 04-22 | Onln Bkg Trfn DTO ACC 08003050575 | 2,800.00 | 012000422163554 |
| 04-22 | Onln Bkg Trfn DTO ACC 08003050575 | 5,500.00 | 012000422165102 |
| 04-22 | Onln Bkg Trfn DTO ACC 08003171348 | 5,515.00 | 012000422160830 |
| 04-22 | Onln Bkg Trfn DTO ACC 08003171363 | 7,960.00 | 012000422163924 |
| 04-23 | Outgoing Wire  Mick Management In c. | 20,000.00 | 00000000004993 |
| 04-23 | Onln Bkg Trfn DTO ACC 08003050906 | 8,225.00 | 012000423122809 |
| 04-23 | Onln Bkg Trfn DTO ACC 08003050575 | 8,500.00 | 012000423124547 |
| 04-26 | Preauth Debit  REP CF MBFS D000012667 210426 | 8.95 | 096016930554258 |
| 04-26 | Preauth Debit  MBFS - 8.95 D000012676 210426 | 2,588.77 | 096016930555132 |
| 04-26 | Preauth Debit  AMEX EPAYMENT ACH PMT 210426 | 10,816.66 | 091000010037111 |
| 04-27 | Onln Bkg Trfn DTO ACC 08003050575 | 130.00 | 012000427122118 |
| 04-27 | Onln Bkg Trfn DTO ACC 08003050575 | 6,520.00 | 012000427152802 |
| 04-27 | Onln Bkg Trfn DTO ACC 08003171348 | 7,515.00 | 012000427152723 |
| 04-28 | Outgoing Wire  JMBM Depository Ac ct | 5,000.00 | 00000000006584 |
| 04-28 | Outgoing Wire  Frost Brown Todd L LC | 12,822.50 | 00000000006912 |
| 04-30 | Onln Bkg Trfn DTO ACC 08003050906 | 5,000.00 | 012000430115435 |
| 04-30 | Onln Bkg Trfn DTO ACC 08003086439 | 7,500.00 | 012000430113250 |

##XXH192BDPCSTV        05312108003171231

```
                                         ACCOUNT STATEMENT
                                              Page 3 of 5
135 N. Los Robles Ave., 6TH FL.          STARTING DATE: May 01, 2021
Pasadena, CA. 91101                       ENDING DATE: May 31, 2021
                                     Total days in statement period: 31
        URBAN COMMONS LLC                            8C-C3171231
                                                        ( 2)
```

| Number | Date | Transaction Description | | Additions | Control Number |
|---|---|---|---|---|---|
| | 05-27 | Wire Trans-IN | MATTHEW H TAYLOR | 5CC.CO | 000000000006484 |
| | 05-27 | Wire Trans-IN | SUNNY HSU PAOHUA Y EH | 5CC.CO | 000000000007703 |
| | 05-28 | Wire Trans-IN | JIA BAO INVESTMENT INC | 5CC.CO | 000000000007044 |
| | 05-28 | Wire Trans-IN | NIVEDITA KOHLI | 1,25C.CO | 000000000005059 |
| | 05-28 | Wire Trans-IN | CNNY VENTURE LLC | 1,5CC.CO | 000000000008382 |
| | 05-28 | Wire Trans-IN | STEPHEN DARBY B | 2,0CC.CO | 000000000005042 |
| | 05-28 | Wire Trans-IN | 40047891219 | 2,0CC.CO | 000000000006811 |
| | 05-28 | Pre-Auth Credit | HSI TIEN SENDER 524967056 | | |
| | | | | 5CC.CO | 113000029222785 |

```
CHECKS
Number            Date            Amount                    Control
503               05-05           996.06              000009119412720
```

DEBITS

| Date | Transaction Description | Subtractions | Control Number |
|---|---|---|---|
| 05-03 | Cnln Bkg Trfn DTO ACC 00003091066 | 2C.CO | 01200050314200I |
| 05-04 | Cnln Bkg Trfn DTO ACC 08003171363 | 28C.CO | 012000504130441 |
| 05-04 | Cnln Bkg Trfn DTO ACC 08003171348 | 2,28C.CO | 012000504130359 |
| 05-04 | Cnln Bkg Trfn DTO ACC 08003050575 | 6,05C.CO | 012000504130300 |
| 05-05 | Cnln Bkg Trfn DTO ACC 08003171363 | 52C.CO | 012000505155622 |
| 05-07 | Cnln Bkg Trfn DTO ACC 08003171348 | 86C.CO | 012000507134232 |
| 05-07 | Cnln Bkg Trfn DTO ACC 08003050575 | 1,1CC.CO | 012000507134140 |
| 05-10 | Outgoing Wire  Nick Management In c. | 1,5CC.CO | 000000000008421 |
| 05-10 | Cnln Bkg Trfn DTO ACC 08003050575 | 6,0CC.CO | 012000510165642 |
| 05-13 | Outgoing Wire  Massive Dynamic In c. | 2,0CC.CO | 000000000006817 |
| 05-13 | Outgoing Wire  Twanmoh, Peng & As sociates, CPAS, | 2,5CC.CO | 000000000006280 |
| 05-13 | Outgoing Wire  Nick Management In c. | 4,5CC.CO | 000000000005770 |
| 05-13 | Cnln Bkg Trfn DTO ACC 08003050906 | 1CC.CO | 012000513182621 |
| 05-13 | Cnln Bkg Trfn DTO ACC 08003050575 | 5CC.CO | 012000513162921 |
| 05-13 | Cnln Bkg Trfn DTO ACC 08003050567 | 2,9CC.CO | 012000513182345 |
| 05-13 | Cnln Bkg Trfn DTO ACC 08868001960 | 10,0CC.CO | 012000513161841 |
| 05-13 | Cnln Bkg Trfn DTO ACC 08003086439 | 29,5CC.CO | 012000513162156 |
| 05-14 | Outgoing Wire  Massive Dynamic In c. | 2,0CC.CO | 000000000007217 |
| 05-14 | Outgoing Wire  Tamara Woods | 2,0CC.CO | 000000000007243 |
| 05-14 | Outgoing Wire  Capital Educators Federal Credit | 2,0CC.CO | 000000000007457 |
| 05-14 | Outgoing Wire  Neufeld Marks | 25,0CC.CO | 000000000007422 |
| 05-14 | Outgoing Wire  J. Brian Urtnowski , P.C. | 50,0CC.CO | 000000000007398 |
| 05-14 | Outgoing Wire  Anderson & Carnton UFB | 75,0CC.CO | 000000000008225 |
| 05-14 | Cnln Bkg Trfn DTO ACC 08003171348 | 3,4CC.CO | 012000514163736 |
| 05-14 | Cnln Bkg Trfn DTO ACC 08003171363 | 7,96C.CO | 012000514163618 |
| 05-17 | Outgoing Wire  Massive Dynamic In c. | 2,5CC.CO | 000000000007839 |