1  **GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
2  jgolden@go2.law
Beth E. Gaschen, State Bar No. 245894
3  bgaschen@go2.law
3070 Bristol Street, Suite 640
4  Costa Mesa, California 92626
Telephone        714-966-1000
5  Facsimile        714-966-1002

6

R. Stephen McNeil (Delaware Bar No. 5210)
7  rmcneill@potteranderson.com
**POTTER ANDERSON & CORROON LLP**
8  1313 N. Market Street, 6th Floor
Wilmington, DE 19801-6108
9  Admitted Pro Hac Vice

10
Attorneys for Defendant
11  Potter Anderson & Corroon LLP

**FILED & ENTERED**

**JAN 26 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY vandenst DEPUTY CLERK**

**CHANGES MADE BY COURT**

12              **UNITED STATES BANKRUPTCY COURT**

13              **CENTRAL DISTRICT OF CALIFORNIA**

14                   **LOS ANGELES DIVISION**

15  In re

16  URBAN COMMONS, LLC,

17              Debtor.

18
─────────────────────────────
CAROLYN A. DYE, Chapter 7 Trustee,
19
              Plaintiff,
20

21  POTTER ANDERSON & CORROON LLP,

22              Defendant.

23

24

25

26

27

28

Case No. 2:21-bk-13523-WB

Chapter 7

Adv. No. 2:23-ap-01292-WB

**ORDER PARTIALLY GRANTING POTTER ANDERSON & CORROON LLP'S MOTION TO DISMISS *FIRST*AMENDED COMPLAINT *FOR (1) AVOIDANCE AND RECOVERY OF FRAUDULENT TRANSFERS, (2) AVOIDANCE OF POST-PETITION TRANSFER, (3) PRESERVATION OF FRAUDULENT, PREFERENTIAL AND POST PETITION TRANSFER TRANSFERS, AND (4) DISALLOWANCE OF CLAIMS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 7012***

**DATE:    JANUARY 23, 2024**
**TIME:    2:00 PM (PT)**
**CTRM:   1375**

1                                                        ORDER

11287295v.1

1

2          Upon consideration of Potter Anderson & Corroon LLP's Motion to Dismiss *First* Amended

3   Complaint *for (1) Avoidance and Recovery of Fraudulent Transfers, (2) Avoidance of Post-*

4   *Petition Transfer, (3) Preservation of Fraudulent, Preferential and Post Petition Transfer*

5   *Transfers, and (4) Disallowance of Claims Pursuant to Federal Rule Of Civil Procedure 12(B)(6)*

6   *and Federal Rule of Bankruptcy Procedure 7012* (the "Motion") filed by the Defendant pursuant

7   to Rule 12(b)(6) of the Federal Rules of Civil Procedure, made applicable herein by Rule 7012(b) of

8   the Federal Rules of Bankruptcy Procedure; and upon consideration of any responses and replies

9   thereto, and the argument of counsel, if any:

10         IT IS ORDERED THAT:

11         1.      The Motion is granted in part and denied in part as set forth herein.

12         2.      The Motion is granted with respect to Plaintiff's Second Claim for Relief and Third

13                 Claim for Relief asserted against the Defendant in the Amended Complaint, and

14                 those claims are DISMISSED WITH PREJUDICE.

15         3.      The Motion is denied with respect to Plaintiff's First, Fourth and Fifth Claims for

16                 Relief.  The Defendant shall file an answer to the Plaintiff's First, Fourth, and Fifth

17                 Claim for Relief by February 13, 2024.

18         4.      A status conference will be held March 5, 2024 at 2:00 pm. (PT).

19         5.      The Court shall retain jurisdiction to hear and determine all matters arising from or

20   related to the implementation, interpretation, and/or enforcement of this Order.

21

22                                              ###

23

24   Date: January 26, 2024

                                          *Julia W Brand*
25                                        Julia W. Brand
                                          United States Bankruptcy Judge
26

27

28

                                                  2                                      ORDER