| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| LEONARD PEÑA (State Bar No. 192898)<br>lpena@penalaw.com<br>PEÑA & SOMA, APC<br>402 South Marengo Ave., Suite B<br>Pasadena, California 91101<br>Telephone (626) 396-4000<br>Facsimile (626) 498-8875<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: Plaintiff | **FILED & ENTERED**<br><br>**MAR 12 2024**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY kaaumoan DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>URBAN COMMONS, LLC<br><br><br><br><br>Debtor(s)<br><br>CAROLYN A. DYE, Chapter 7 Trustee<br><br><br>Plaintiff(s)<br>vs.<br><br>POTTER ANDERSON & CARROON LLP,<br><br><br>Defendant(s) | CASE NO.: 2:21-bk-13523-WB<br>CHAPTER: 7<br>ADVERSARY NO: 2:23-ap-01292-WB |
|---|---|
| | **STATUS CONFERENCE AND SCHEDULING ORDER PURSUANT TO LBR 7016-1(a)(4)** |
| | DATE: March 5, 2024<br>TIME: 2:00 p.m.<br>COURTROOM: 1375<br>ADDRESS: 255 E. Temple Street, Los Angeles, CA 90012 |

1. A status conference took place on the date and time indicated above.
2. Parties and counsel were present as reflected in the court record.
3. This matter is disposed of as follows:
    a. ☐ Continued to the following date for a further status conference:    (*date*) _____    (*time*) _____
    b. ☐ A joint status report must be filed and served, including a judge's copy, by (*date*): _____
    c. ☐ The last day to join other parties and to amend pleadings is (*specify date*): _____

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*                                Page 1                                **F 7016-1.2.ORDER.STATUS.CONF**

d. ☐ The last day for pre-trial motions to be filed and served, including a judge's copy, is *(date)*: _____

e. ☐ The last date for pre-trial motions to be heard is *(date)*: _____

f. ☒ The last day for discovery to be completed, including receiving responses to discovery requests, is *(date)*: 8/31/24

g. ☐ A ☐ pre-trial stipulation or ☐ pre-trial order must be filed and lodged by *(date)* _____ *(time)* _____
   ☐ No pre-trial stipulation or pre-trial order is required

h. ☒ A pre-trial conference is set for *(date)* **January 14, 2025** *(time)* **2:00 p.m.**
   ☐ No pre-trial conference is required

i. ☐ Estimate of time for trial *(specify number of hours)*: _____

j. ☐ A trial is set for *(date)* _____ *(time)* _____

k. ☐ The adversary proceeding is dismissed for failure to appear or prosecute
   ☐ with prejudice   ☐ without prejudice

l. ☐ Notice of next status conference or pre-trial conference date is waived

m. ☒ Other *(specify)*:

The last day for Plaintiff to designate experts, is 8/1/24

The last day for Defendant to designate experts, is 8/15/24

The last day for all parties to designate rebuttal experts, 8/31/24

The last day for expert discovery to be completed, including receiving responses to discovery requests, is 10/31/24

###

Date: March 12, 2024

Julia W. Brand
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*    Page 2    F 7016-1.2.ORDER.STATUS.CONF